Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan 

Civil Division

| | |
|---|---|
| Lindsay Ann Duneske <br><br> *Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br>**-v-** <br> JUDGE TINA BROOKS GREEN, MAHRYA LOVSE, et <br><br> *Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Case: 2:23−cv−11948 <br> Assigned To : Michelson, Laurie J. <br> Referral Judge: Grand, David R. <br> Assign. Date : 8/7/2023 <br> Description: CMP LINDASY DUNESKE V TINA BROOKS GREEN ET AL (SS) |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Lindsay Ann Duneske |
| Street Address | Moeller Ave Ypsilanti MI 48298 |
| City and County | Ypsilanti, Washtenaw |
| State and Zip Code | 48298 |
| Telephone Number | 7342622201 |
| E-mail Address | Faithispower777@gmail.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JUDGE TINA BROOKS GREEN |
| Job or Title *(if known)* | JUDGE |
| Street Address | 11129 Wayne Road |
| City and County | Romulus, Wayne |
| State and Zip Code | Michigan 48174 |
| Telephone Number | (734)941-4462 |
| E-mail Address *(if known)* | mbuckberry@34thdistrictcourt-mi.org |

Defendant No. 2

| | |
|---|---|
| Name | MAHRYA LOVSE, |
| Job or Title *(if known)* | Court Administrator |
| Street Address | 11129 Wayne Road |
| City and County | Romulus, Wayne |
| State and Zip Code | Michigan 48174 |
| Telephone Number | (734)941-4462 |
| E-mail Address *(if known)* | MLovse@34thdistrictcourt-mi.org |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action is brought under 42 U.S.C. § 1983 and 18 U.S.C. §§ 241 and 242. Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331, as this case involves substantial federal constitutional questions.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
  Wayne County Michigan

B. What date and approximate time did the events giving rise to your claim(s) occur?
  Begining in March of 2023 and presently still ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DETAILED IN THE COMPLAINT

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Loss of child parental consortium and the undue irreparable damage it causes the parent, family, and Children especially is incalculable. Each day that passes where the minor children are illegally kept from their loving mother(Plaintiff) furthers the undue and irreparable harm to the innocent children who have become collateral damage due to the unlawful actions of this court and its agents.

Furthermore, the Humiliation and personal/financial/professional losses that have already occurred and are likely to continue even after her name is cleared(i.e. The Plaintiff's name is Mudd) due to the undue and erroneous defamation of character and reputation of the plaintiff is egregious and very difficult to quantify as the undue harm from this will continue long into the future.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Detailed in the complaint

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/08/2023

Signature of Plaintiff    /s/ Lindsay Ann Duneske

Printed Name of Plaintiff    Lindsay Ann Duneske

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address